Thomas DeRosa
Paralegal Services
Pro Se
40 Lawrence Street, no. 428
Lawrence, Massachusetts
01840

DeRosa v. ABC Incorporated
USDCSDNY Action no.:01;07;CIV-8489 (LTS)(FM)

February 23, 2008

Magistrate Frank Maas
Room 74
United States District Court
Southerrn District of New York
500 Pearl Street
New York, New York
10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

Judge Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York
10007

Pro Se Office
2nd Floor
500 Pearl Street
New York, New York
10007

cc; Attorney General
120 Broadway
New York New York 10023

Dear Judge Swain, Magistrate Maas, Pro Se Clerk and Clerk of Court:

Please file the encompassed Letter in the "work- product" preparation to Move the Court and file it with the enclosed Motion To Allow the Enlargement of Time in the usual procedure with the Clerk of Court to Serve thereafter if the within Motion is Allowed and therafter in the "Service of Process" of the within Motion pertaining to and of the "Complaint", Summons", "Return of Service", "Affidavit of Service of Process" and other documents pertaining to the "Service of Process" according to 28 Federal Rules of Civil Procedure 5(b); and also pertaining to Allowed Motion to Delay and Enlargement of Time until February 29th, 2008 and said Motion To Allow The Enlargement of Time according to 28 Federal Rules of Civil Procedure 6(b);6(e) and 6(d)(Advisory Committee Notes-2005 Amendment) and Local Rules of the United States District Court 6(a)1;6(a)2;^(b)1;6(b)2;6.1.(b):

[Handwritten endorsement:] This is Mr. DeRosa's second request for an extension of time to effect service. The time to do so is to extended, as requested, to March 28, 2008. No further extensions will be granted, and to the extent this motion seeks any further relief, it is denied. Mr. DeRosa is encouraged to consult the Pro Se Manual or to contact the Pro Se Office if, notwithstanding his legal training, he has any questions regarding service.

Maas, USMJ, 2/26/08

1

Dated: 2-23-08                                *[signature: Thomas DeRosa]*

Thomas DeRosa, pro se
Paralegal Services
40 Lawrence Street, no. 428
Lawrence, Massachusetts
01840
Telephone:702-807-8161
Social Security No.: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

*[handwritten annotation: "D. 2-28-08 copyright to be determined"]*

United States District Court
Southern District of New York
New York, New York

01:07;CIV-8489

| | |
|---|---|
| Thomas DeRosa            )<br>40 Lawrence Street, Number 428  )<br>Lawrence, Massachusetts 01840  )<br>Plaintiff              )<br>             -v           )<br>ABC, Incorporated, et.al.      )<br>77 West 66th Street        )<br>New York, New York 02107-2127    )<br>Defendant             )<br>                  ) | ) |

Certificate of Service

I, Thomas DeRosa, Pro se, do hereby certify that I have served a true copy of the within pleading to designate counsel of record for the Defendant, Abc, Incorporated in United States District Court Action 01;07;CIV-8489 at the below address this _____ Day of March, in the year 2008 by Leaving said documents with the ABC,Incorporated "messenger Center " located at 77 West 66th Street, New York, New York 10023 and with the Clerk of Court in the United States District Court 500 Pearl Street, New York, New York 10007 to Move the Clerk of Court to Serve in the "Service of Process" of the within Motion and of the "Complaint", Summons", "Return of Service", "Affidavit of Service of Process" and other documents pertaining to the "Service of Process" according to 28 Federal Rules of Civil Procedure 5(b);pertaining to Allowed <u>Motion to Delay and Enlargement of Time</u> until February 29th,2008 and said <u>Motion for the Enlargement of Time</u> according to 28Federal Rules of Civil Procedure 6(b);6(e) and 6(d)(Advisory Committee Notes-2005 Amendment) and Local Rules of the United States District Court 6(a)1;6(a)2;^(b)1;6(b)2;6.1.(b):

Dated: 2-23-08

*Thomas De Rosa*
Thomas DeRosa
Prose
40 Lawrence Street, number 428
Lawrence, Massachusetts 01840
Social Security no,: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
Telephone:702-807-8161

2-23-08
7:23
2

1

"Accepted" ___ "Service of Process" OR- "Denied"____ "Service of Process" initialilzed here_____ and Service of signature verifying "Service of Process" was attempted in the act of the "Server" upon the Defedant, ABC,Incorporated in the Action in the united States District Court Southern District of New York initiated October 1st,2007 docket number 01;07;CIV-8489.

Dated:_____                    _____

Henry Hoberson, Esq. or another designated person to accept "Service of Process" or another suitable person according to Federal Rules of Civil Procedure and Local Rules of United States District Courts of New York
Agent for the defendant, ABC, Incorporated
77 West 66th Street
New York, New York
02107-2127


Thomas DeRosa, Prose
*Thomas DeRosa* (signature)
Thomas DeRosa Paralegal Services
40 Lawrence Street, Number 428
Lawrence, Massachusetts 01840
Telephone: 702-807-8161

Enclosure's; cover letter
Affidavit
Certificate of Service
Certificate of True and Authentic
Statement

T.D. 2-23-08