```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08
```

**MEMO ENDORSED**

United States District Court
Southern District of New York
New York, New York

---

Thomas DeRosa, pro se   )                    01:07:CIV-8489
   Plaintiff            )
                     )
   v                    )
                     )
ABC, Incorporated. et.al )
   Defendant             )

*[Handwritten endorsement:] If this is a motion to amend the complaint, it is unnecessary because a party may amend once as of right before a responsive pleading is served. Fed.R.Civ.P. 15(a). If Mr. DeRosa seeks to subpoena witnesses, his application is premature and therefore is denied.*

*/s/ Francis, USMJ, 3/11/08*

Motion to Allow Joining Parties to Intervene said named "WCVB" et. al

I, Thomas DeRosa. Pro Se, plaintiff and movant in the above referenced civil action, move the Honorable Court to allow the joining of parties to include "WCVB", located at the only known address being 5 TV Place, in the city of Needham, in the State of Massachusetts.

The joining party so named is a citizen or corporation of another state and movant requests diversity of citizenship to intervene according to 28 Federal Rules of Civil Procedure§§1331;1332;1491.

The entities thereof referenced, will be referred to as "WCVB" respectively and incorporated as such by said reference.

As reasons thereof, the joining of parties so named are for the reasons that the named joining party, "WCVB", is indispensable to a fair and just resolution of the Action in good conscience and equity.

Also, as reasons thereof, the joining parties is necessary the reason being the absence of joining said parties would lack a fair and just resolution to the trial if separate trials were appropriated and also the parties would be unjustly enriched and otherwise entitled to remedies of reliance infringing on the moral conscience of the court, with jeopardy to the parties affording unnecessary waste in the interest of cost, time's and expenditure in effort and "work product" and also to alleviate unjust resolutions between the affected named interested parties, to expedite fair resolution to the case, without the lacking in the appearance of propriety and without the unequal unjust result of judgment during trial and litigation according to 28Federal Rules of Civil Procedure§§14;62.

The citations for said Motion to Intervene will be submitted to the Court and filed with the clerk and the pro se office if necessary and delivery to counsel of record with the accompanied Affidavit to Allow the Motion to Allow Joining Parties to Intervene said named "WCVB" et.al.

*T.D. 2-28-08*

*T.D. 3-4-08*

I, Thomas DeRosa, state that the following Employer's, Scholar's and Professors' testimonies pertaining to morality and moral conduct, employment and scholastic achievement and who are, were or will in the future be involved in business relations with the plaintiff and whose testimonies are relevant, indispensable and imperative to a fair and just resolution and final settlement to the above referenced Matter:

a. Judith Ciampi, Esq., Director of the Paralegal Program at the Northern Essex Community College and Professor at the College, Franklin Street, Lawrence, Massachusetts.
b. Chris Lorden, Esq., professional teacher and Lawyer, Paralegal Program at the Northern Essex Community College and Professor at the College, Franklin Street, Lawrence, Massachusetts.
c. David Summer Esq., 77 Franklin Street, Third Floor, Suffolk County, Boston, Massachusetts 02110.
d. Jeff Nichols, Esq. P.C. Law Service, 77 Franklin Street, Third Floor, Boston, Massachusetts 02110.

Wherefore, the plaintiff requests the Court Subpoena the witness's listed above in the furtherance of justice and equity to the parties *To Allow Joining of Parties and Subsequently*

Dated: 3-4-08

Thomas DeRosa, pro se
40 Lawrence Street, No 428
Lawrence, Massachusetts
01840

702-807-8161

Certificate of True and Authentic Statement

I, Thomas DeRosa, pro se, state that the above-described Notice of Affidavit and Motion of the Indispensable Parties is written by my hand and is true to the best of my knowledge, information and belief, and the signature below is my signature and also that I signed under no coercion, the signature was signed under no duress and the signature was signed without undue influence and also I signed under the pains and penalties of perjury.

Dated: 3-4-08                                   *[signature] Thomas DeRosa*

Thomas DeRosa, pro se
40 Lawrence Street, No 428
Lawrence, Massachusetts
01840
Telephone: 702-807-8161
Social Security Number: 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

3-4-08

Certificate of Service

I, Thomas DeRosa, pro se do hereby certify that I have served a true copy of the within pleadings to counsel of record for the Defendant, ABC, Incorporated, 77 West 66th Street, New York, New York, 10007, this 4th day of March, 2008 and also that the said pleadings were served upon the Clerk of Court at 500 Pearl Street, New York, New York 10023

Dated: 3-4-08

Thomas DeRosa, pro se
40 Lawrence Street, No 428
Lawrence, Massachusetts
01840
Telephone: 702-807-8161
Social Security Number: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