UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THOMAS DEROSA,                                  :

                Plaintiff,        :        **ORDER**

       - against -                              :        07 Civ. 8489 (LTS)(FM)

ABC INCORPORATED, et al.,                 :

                Defendants.      :

------------------------------------------------------------x

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 7/28/08*

**FRANK MAAS**, United States Magistrate Judge.

      On July 18, 2008, the plaintiff in the above-referenced matter requested an extension of his time to effect service.  Although the plaintiff has been granted two prior extensions, he has failed to timely serve the defendant.  His request therefore is DENIED.

      SO ORDERED.

Dated:    New York, New York
             July 25, 2008

                                            FRANK MAAS
                                    United States Magistrate Judge

Copies to:

Hon. Laura Taylor Swain
United States District Judge

Thomas DeRosa
Caritas Holy Family Hospital
70 East Street
Methuen, MA 01844

40 Lawrence Street, #428
Lawrence, MA 01840